Case 0:19-cr-60257-RAR   Document 1   Entered on FLSD Docket 09/13/2019   Page 1 of 5

Sep 13, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**19-60257-CR-RUIZ/SELTZER**
CASE NO. _____
18 U.S.C. § 922(a)(6)

UNITED STATES OF AMERICA

vs.

ELIJAH MURRIEL,

        **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

On or about March 31, 2018, in Broward County, in the Southern District of Florida, the defendant,

**ELIJAH MURRIEL,**

in connection with the attempted acquisition of a firearm, a Beretta, Model APX, 9mm semi-automatic firearm, from Davie Road Pawn and Loan Inc., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to Davie Road Pawn and Loan Inc., which statement was intended and likely to deceive Davie Road Pawn and Loan Inc., as to a fact material to the lawfulness of the sale of said firearm, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual transferee/buyer of the Beretta, Model APX, 9mm semi-automatic firearm, when in truth and fact, and as the

defendant then and there well knew, he was not the actual transferee/buyer of said firearm, in violation of Title 18, United States Code, Section 922(a)(6).

*Thomas J. Mulrahill jr*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


*Jodi Anton*
JODI ANTON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA        CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

**ELIJAH MURRIEL,**

                    **Defendant.**
_____ /     **Superseding Case Information:**

**Court Division**: (Select One)     New Defendant(s) ____ Yes __No__
                                      Number of New Defendants ____
   Miami ____     Key West ____       Total number of counts ____
   FTL __X__     WPB ____     FTP ____

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __NO__
   List language and/or dialect   _____

4. This case will take    __2-3__    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days    __X__         Petty      ____
   II   6 to 10 days   ____          Minor      ____
   III  11 to 20 days  ____          Misdem.    ____
   IV   21 to 60 days  ____                Felony  __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court?    __No__   (Yes or No)
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    __No__   (Yes or No)
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case?    __No__   (Yes or No)

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    ____ Yes  __X__ No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    ____ Yes  __X__ No

                                                                    /s/ Jodi Anton
                                                              JODI ANTON
                                                              ASSISTANT UNITED STATES ATTORNEY
                                                              Court Number A5501753

Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **ELIJAH MURRIEL**        Case No: _____

Count: 1

Making False Statements to a Firearms Dealer

18 U.S.C. § 922(a)(6)

\* Max. Penalty: 10 years' imprisonment; $250,000 fine; 3 years' supervised release

Count:

\*Max. Penalty:

Count:

\*Max. Penalty:

Count:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Elijah Murriel, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

DAVID EDELSTEIN, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*