# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 9/23/19     Time: 11:00 a.m

Defendant: **Elijah Murriel**     J#: _____     Case #: **19-60257-Cr-Ruiz**

AUSA: **Jodi Anton (Jennifer Keene Duty)**     Attorney: _____

Violation: **Making False Statement to Firearms Dealer (INFORMATION)**

Proceeding: **Initial Appearance**     CJA Appt: _____

Bond/PTD Held: ○ Yes   ○ No     Recommended Bond: _____

Bond Set at: _____     Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: **SDFL**
- ☐ Other: **Appear to all hearings and commit no new crimes**

Language: _____

Disposition:

This matter is reset for 9/24/19 at 11:00 a.m.

**NEXT COURT APPEARANCE**   Date: ____  Time: ____  Judge: ____  Place: ____

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

Check if Applicable: ☐   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. **11:08:18**     Time in Court: **5 Mins**